### HUSKEY v. STATE.
No. 25238.

Court of Criminal Appeals of Texas.
March 28, 1951.

James Little, Big Spring, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is unlawfully transporting whiskey in a wet area without a permit; the punishment, a fine of $500.00.

Our attention is directed, by both the appellant and the State, to the fact that the transcript contains no judgment of conviction and that for this reason the appeal must be dismissed.

No judgment appearing in the record, this Court is without jurisdiction to consider the matter hence the appeal is dismissed.